**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Terry Hronek,** | ) | **CASE NO. 5:05 CV 1821** |
| | ) | |
| **Petitioner,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | **Judgment Entry** |
| **United States of America,** | ) | |
| | ) | |
| **Respondent.** | ) | |

This Court, having DENIED petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence, hereby enters judgment in favor of respondent and against petitioner.

The Court hereby issues a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Fed.R. App. Pro. 22(b) on issue "A" raised in the petition.  With regard to all other issues, the Court declines to issue a certificate of appealability.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 2/6/06

1